SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Dothan
Lenton White
P.O. Box 2128
Dothan, AL 36302
08cv175 S+C

2. Article Number (Transfer from service label): 7003 3110 0000 5822 6691

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): D Coble?
C. Date of Delivery: 3-17-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540