AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_middle_ District of _Alabama_

ANTOHNY ANDERSON

V.

OFFICE JACKSON CITY OF DOTHAN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08cv175-TFM

TO: (Name and address of Defendant)

Officer Jackson
City of Dothan Police
P.O. Box 2128
Dothan, AL. 3603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rod Cooks
Lee Winston
Winston Cooks, LLC
319 17th Street NOrth
Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Huckett                                      3-14-08

CLERK                                                 DATE

(By) DEPUTY CLERK

United States District Court
Middle District of Alabama
One Church Street
Montgomery, AL. 36104



7001 1140 0001 0036 1034

Officer Jackson
City of Dothan Police
PO Box 2128
Dothan AL 36302-2128



Name_____
1st Notice 3-15-08
2nd Notice
Return_____



# THE CITY OF
# DOTHAN, ALABAMA

126 NORTH ST. ANDREWS • SUITE 313 • P.O. BOX 2128 • DOTHAN, ALABAMA 36302
334-615-3130 • FAX 334-615-3139

RECEIVED
2008 MAR 19 P 3:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LEGAL DEPARTMENT

F. LENTON WHITE
CITY ATTORNEY

D. KEVAN KELLY
ASSISTANT CITY ATTORNEY

JOE E. HERRING, JR.
ASSISTANT CITY ATTORNEY

March 18, 2008

Hon. Deborah P. Hackett
Clerk of Court
United States District Court
One Church Street
Montgomery, AL 36104

    Re:   **Anthony Anderson v. Officer
           Jackson and the City of Dothan**

Dear Ms. Hackett:

    Enclosed please find a lawsuit sent to the Dothan Police Department for Officer Jackson on March 17, 2008. We are returning the same due to incorrect service under the Federal Rules. The officer named in the complaint retired from the City of Dothan on September 1, 2007. The mail clerk was not aware the officer was no longer employed when she signed for the document.

    Thanking you and with best wishes.

                                                  Sincerely,

                                                  D. Kevan Kelly
                                                  Assistant City Attorney

DKK/lj
Enclosures