%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__middle__ District of __Alabama__

ANTOHNY ANDERSON

V.

OFFICE JACKSON CITY OF DOTHAN

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:08CV175-TFM

TO: (Name and address of Defendant)

    City of Dothan
    F. Lenotn White
    P.O. Box 2128
    Dothan, AL. 3603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Rod Cooks
    Lee Winston
    Winston Cooks, LLC
    319 17th Street NOrth
    Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett            3-14-08

CLERK                       DATE

(By) DEPUTY CLERK



# THE CITY OF
# DOTHAN, ALABAMA

126 NORTH ST. ANDREWS • SUITE 313 • P.O. BOX 2128 • DOTHAN, ALABAMA 36302
334-615-3130 • FAX 334-615-3139

2008 MAR 19  P 3: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LEGAL DEPARTMENT

F. LENTON WHITE
CITY ATTORNEY

D. KEVAN KELLY
ASSISTANT CITY ATTORNEY

JOE E. HERRING, JR.
ASSISTANT CITY ATTORNEY

March 17, 2008

Hon. Deborah P. Hackett
Clerk of Court
United States District Court
One Church Street
Montgomery, AL 36104

    Re:    <u>Anthony Anderson v. Officer
             Jackson and the City of Dothan</u>

Dear Ms. Hackett:

    Enclosed please find a lawsuit served upon our office this date in the above matter. We are returning the same due to incorrect service under the Federal Rules.

    Thanking you and with best wishes.

Sincerely,

F. Lenton White
City Attorney

FLW/lj
Enclosures