IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY ANDERSON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 1:08-CV-175-TFM |
| | ) |
| OFFICER JACKSON and the | ) |
| CITY OF DOTHAN, | ) |
| | ) |
| DEFENDANTS. | ) |

## **CONFLICT DISCLOSURE STATEMENT**

Comes now the City of Dothan, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

   \_\_\_\_\_          This party is an individual, or

   \_\_X\_\_         This party is a governmental entity, or

   \_\_\_\_\_          There are no entities to be reported, or

   \_\_\_\_\_          The following entities and their relationship to the party are hereby reported.

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| June 2, 2008 | /s/ F. Lenton White |
| Date | Signature |

F. Lenton White
Counsel for City of Dothan
City Attorney's Office
City of Dothan, Alabama
P.O. Box 2128
Dothan, Alabama  36302
(334) 615-3130

CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Roderick T. Cooks, Esq. and Lee D. Winston.

/s/ F. Lenton White
Of Counsel