**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY ANDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **1:08-CV-00175-MHT** |
| **OFFICER GOVERNOR JACKSON**[1] | ) | |
| **and the CITY OF DOTHAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR ADDITIONAL TIME TO
SERVE DEFENDANT OFFICER GOVERNOR JACKSON**

Comes now, the Plaintiff, Anthony Anderson, by and through his undersigned counsel of record and pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and files Plaintiff's Motion for Additional Time to Serve Defendant Officer Governor Jackson. As grounds for this motion the Plaintiff would show unto the Court as follows:

1. On March 13, 2008, the Plaintiff filed a Complaint against Officer Governor Jackson and the

City of Dothan, regarding violations of his rights under the Fourth and Fourteenth Amendments to the United States Constitution and pursuant to the common law claims of assault and battery, and negligent training, supervision, and retention. Specifically, the Plaintiff was allegedly beaten while in custody and suffered a fractured jaw as a result.

2. On March 14, 2008, Summonses were issued by Certified Mail as to both Defendants and on March 18, 2008 Return Receipt Cards were received and docketed by the Court. However, the

---

[1] Plaintiff has learned that Defendant Officer Jackson's full name is Governor Jackson and all subsequent pleadings should reflect this name change.

Summonses were returned unexecuted by the Defendants and Summonses were reissued on May 15, 2008.

3. Defendant City of Dothan returned an executed Summons on May 16, 2008 and filed an Answer to the Plaintiff's Complaint on June 2, 2008. The Plaintiff has had considerable difficulty, however, in perfecting service with regard to Defendant Jackson, who is now retired from the City of Dothan police force.

4. On May 15, 2008, process server Allen Hopkins served the City of Dothan in this matter. (Ex. A, Decl. of Hopkins). While at Dothan City Hall, Hopkins discussed with the Clerk that he wanted to see Defendant Jackson and was informed that Jackson had retired. Hopkins had an address for Jackson and confirmed that it was indeed correct and proceeded to Jackson's residence. (Id.). At Jackson's residence, Hopkins found cars in the drive way and persons appeared to be at home. (Id.). Hopkins rang the front and back door bell and no one answered. (Id.). Hopkins also observed that there were surveillance cameras outside the residence. (Id.). Hopkins waited for approximately three hours and no one came to the door despite numerous attempts to serve the Complaint in this action. (Id.). It is believed that Defendant Jackson was at home and refused to answer the door. (Id.).

5. Plaintiff then attempted to serve Defendant Jackson by Certified Mail at his residence. (Ex. B, Certified Mail). The United States Postal Service sent notice of certified mail to Defendant Jackson on two occasions, May 19, 2008 and May 28, 2008, and each time Defendant Jackson refused to claim the letter. (Ex. B, Certified Letter). The letter was stamped returned to the Plaintiff on June 3, 2008 and Plaintiff received the unclaimed letter on June 10, 2008. (Ex. B, Certified Mail).

6.       Based on the foregoing, it is apparent that Defendant Governor Jackson is actively avoiding service in this case.

Wherefore premises considered, the Plaintiff would request that he be allowed an additional 120-days in which to perfect service as to Defendant Governor Jackson. Plaintiff would also request that the Court appoint the United States Marshal for the Middle District of Alabama to assist him in perfecting service with regard to Defendant Officer Governor Jackson.

                                          Respectfully submitted,

                                          /s/Roderick T. Cooks
                                          Roderick T. Cooks
                                          Attorney for the Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building, Suite 203
319 North 17th Street
Birmingham, Alabama  35203
(205) 502-0970- telephone
(205) 251-0231 - facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that an electronic copy of the foregoing has been served on the parties listed below via the Court's CM/ECF system:

F. Lenton White, Esq.
City Attorney
Post Office Box 2128
Dothan, Alabama 36302
(334) 615-3130

      Done this the 11th Day of July 2008.


                                          /s/Roderick T. Cooks
                                                Of Counsel

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:08-CV-00175-MHT |
| OFFICER JACKSON and the ) | |
| CITY OF DOTHAN, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF ALLEN HOPKINS

I, Allen Hopkins, am over the age of 18, upon being duly sworn, state as follows:

1. I am a process server in the state of Alabama. I have been engaged in the serving of legal papers for over twenty-five years.

2. On May 15, 2008, I served the City of Dothan in this matter.

3. While at Dothan City Hall, I discussed with the clerk that I wanted to see Officer Jackson. I was informed that he was now retired.

4. I had an address of 202 Olympia Drive, Dothan, Alabama for Officer Jackson. I confirmed that I had the correct address for Officer Jackson.

5. I proceeded to Officer's Jackson's residence. There were vehicles in the

drive way and persons appeared to be at home.

6. I rang the front and back door bell. No one came to the door. I waited a period time, and re-attempted to ring the front door bell. I talked with some of the neighbors who said that Officer Jackson was now an investigator and was in and out all hours of the day and night.

7. I was at the Jackson residence for approximately three hours, and no one came to the door despite my attempts to serve the complaint. There were cameras outside the residence. Based on my experience, I believe Officer Jackson was at home.

8. I left the area without serving Officer Jackson.

I Declare Under Penalty of Perjury the Foregoing is True and Correct.

_____
Alien Hopkins/ Date

7-10-08

2

# EXHIBIT B



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Jackson
   202 Olympia Drive
   Dothan, AL 36301-7844

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540