IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY ANDERSON,           ) | |
|     Plaintiff,          ) | |
|                                 ) | CIVIL ACTION NO. |
| v.                          ) | 1:08cv175-MHT |
|                                 ) | |
| OFFICER JACKSON and the     ) | |
| CITY OF DOTHAN,             ) | |
|     Defendants.        ) | |

**ORDER**

The court being of the opinion that plaintiff has shown good cause for failing to effect timely service and that it appears that defendant Governor Jackson is evading service of process, it is ORDERED as follows:

(1) Plaintiff's motion for additional time to serve defendant Governor Jackson (Doc. No. 16) is granted. See Horenkamp v. Van Winkle and Co., 402 F.3d 1129, 1131 (11th Cir. 2005); see also Ruiz Valera v. Sanchez Velez, 814 F.2d 821, 823-24 (1st Cir. 1987); Estate of Zachery v. Questcare, Inc., 895 F. Supp. 1472, 1474 (M.D. Ala. 1995)(DeMent, J.).

(2) Plaintiff is given an additional 120 days to perfect service of process on defendant Jackson.

(3) Pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, the United States Marshal for the United States District Court for the Middle District of Alabama or his representative is appointed to perfect service of process on defendant Jackson.

DONE, this the 15th day of July, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**