# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Anthony Anderson | **COURT CASE NUMBER** 1:08cv175-MHT |
| **DEFENDANT** Officer Jackson et al | **TYPE OF PROCESS** Order, Summons + Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Governor Jackson

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
202 Olympia Drive Dothan, AL 36301-7844

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clerk, U.S. District Court
P.O. Box 711
Montgomery, AL 36101

- Number of process to be served with this Form - 285: **3**
- Number of parties to be served in this case: **1**
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**RETURNED AND FILED**
**AUG 26 2008**
**CLERK**
**U.S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | 02 | 02 | Brewer | 7/18/08 |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/20/08    Time: 2:10 pm

Signature of U.S. Marshal or Deputy: Laura

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $105.00 | $153.85 | — | | | $258.85 | |

**REMARKS:**
7/28/08 1:15pm Endeavor; left notice 202 mi. E.T.
7/28/08 3:15pm Endeavor
08/08/08 @ ~~09:25~~ 12:15 endeavored @ 202 Olympia Dr., Dothan, AL left card in front door, mileage = 112 mi / 2 hours and 21 mins. of travel. (mileage = .585 per mi. / $45. per hr.)
RK

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)