IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


ANTHONY ANDERSON.              )
                               )
     Plaintiff,                )
                               )
     v.                        )   CIVIL ACTION NO.
                               )     1:08cv175-MHT
GOVERNOR JACKSON and the       )        (WO)
CITY OF DOTHAN,                )
                               )
     Defendants.               )

<u>ORDER</u>

With the understanding, reached by the parties during

an on-the-record telephone-conference call on October 8,

2008, that Count I asserts only a federal false-arrest

claim and a federal excessive-force claim, and that Count

III asserts only a state-law claim, it is ORDERED that

defendant Governor Jackson's partial motion to dismiss

and alternative motion for more definite statement (Doc.

No. 22) are denied.

DONE, this the 10th day of October, 2008.


                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE