IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY ANDERSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:08cv175-MHT |
| ) | (WO) |
| OFFICER JACKSON and the ) | |
| CITY OF DOTHAN, ) | |
| ) | |
|    Defendants. ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 90), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of August, 2009.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE